151 F.3d 1027
 Peter J. Wirs
v.
York County, PA, H. Stanley Rebert, as District Attorney of
York Co., Gerald L. Lord, Joseph P. Erb, as Judge, York Co.
Common Pleas Court, Roy L. Lam, as District Justice, York
Co., R. Bruce Evanick, as Chief York Co. Public Defender,
Jeffery Marshall, as York Co. assistant Public Defender,
Richard Hahn, Warden, York County Prison, Editor &
Publisher, Inc., its directors, officers, stockholders,
heirs, as directors, officers,
 NO. 97-7432
 United States Court of Appeals,
Third Circuit.
 April 2, 1998
 Appeal From: M.D.Pa. ,No.93cv00215
 
 1
 Affirmed.